Certificate Number: 05781-PAW-DE-031924766

Bankruptcy Case Number: 18-23957



05781-PAW-DE-031924766

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2018, at 10:12 o'clock AM PST, Scot Lehman completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: November 19, 2018     By: /s/Allison M Geving

Name: Allison M Geving

Title: President